UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IAN CLIETT,<br><br>            Petitioner,<br><br>     v.<br><br>L.E. SCRIBNER, Warden,<br><br>            Respondent. | Case No. CV 05-6616 SJO(JC)<br><br>(PROPOSED) JUDGMENT |

    Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the operative Third Amended Petition for Writ of Habeas Corpus is conditionally granted to the extent it seeks relief based upon the admission at trial of statements made by petitioner after his unambiguous invocation of his right to remain silent. Respondent shall discharge petitioner from all adverse consequences of the judgment in Los Angeles County Superior Court Case No. BA208312, unless petitioner is brought to retrial within ninety

///

///

///

1 | (90) days of the entry of the Judgment herein, plus any additional delay authorized
2 | under State law.

3 |     DATED: _____12/22/11_____

5 | _____

6 | HONORABLE S. JAMES OTERO
7 | UNITED STATES DISTRICT JUDGE